In The
 Court of Appeals
 Seventh District of Texas at Amarillo

 ________________________

 No. 07-12-0295-CV
 ________________________
 
 Leoncito Plant, L.L.C., Appellant
 
 v.
 
 Susan Combs, Comptroller of Public Accounts and 
 Greg Abbott, Attorney General of the State of Texas, Appellees
 

 On Appeal from the 126[th] District Court
 Travis County, Texas
 Trial Court No. D-1-GN-11-001116, Honorable Stephen Yelenosky, Presiding 

 
 April 10, 2013
 
 MEMORANDUM OPINION
 
 Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.
 
Appellant has filed a motion to dismiss. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. Having dismissed the appeal at appellants request, no motion for rehearing will be entertained, and our mandate will issue forthwith.
 Per Curiam